UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYUN JU SHIN,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT YOUNG YOON, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01371-AWI-MJS<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE DEFENDANTS<br><br>ORDER VACATING MARCH 29, 2018 MANDATORY SCHEDULING CONFERENCE<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Hyun Ju Shin initiated this action on October 11, 2017 against Defendants Robert Young Yoon, Kyoung Mee Yoon, Kyoung Sup Yoon, Y&Y Property Management, Inc., the Victus Group, Inc., and Blackstone Seattle, LLC. (ECF No. 1.) Summons issued the following day. (ECF Nos. 3, 4.) An initial scheduling conference was set. (ECF No. 5.) The scheduling conference was vacated due to Plaintiffs' apparent failure to serve Defendants. (ECF No. 6.) Plaintiff was then reminded of the obligation to serve Defendants in compliance with Federal Rule of Civil Procedure 4(m). (Id.)

To date, the docket reflects no efforts to serve Defendants.

Federal Rule of Civil Procedure 4(m) provides, in pertinent part: "If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own

after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

Here, service of the complaint is overdue. Accordingly, it is HEREBY ORDERED that, within **fourteen days** of the date of this order, Plaintiff shall either serve Defendants or show cause why this action should not be dismissed without prejudice for failure to serve Defendants in compliance with Rule 4(m). In light of the status of this case, the mandatory scheduling conference is HEREBY VACATED and will be reset, if necessary, following Plaintiff's response to this order.

IT IS SO ORDERED.

Dated: March 15, 2018 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE