1  B. Christine Park, SBN234689
   **CHRISTINE PARK LAW FIRM, APC**
2  11040 Bollinger Canyon Road, Suite E-202
3  San Ramon, CA 94582
   Tel: (323) 578-6957
4  Fax: (213) 289-1977
   boksoonpark@gmail.com
5  Attorneys for Defendants and Counter-Claimant, Bob Young Yoon

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  HYUN JU SHIN, | Case No. 1:17-cv-01371-AWI-SKO |
| 11          Plaintiff, | |
| 12  v. | **STIPULATION AND** [PROPOSED] **ORDER RE: STAY OF ENTIRE CASE AGAINST REMAINING PARTIES** |
| 13  ROBERT YOUNG YOON; KYOUNG MEE YOON; KYOUNG SUP YOON; Y & Y PROPERTY MANAGEMENT, INC., THE VICTUS GROUP, INC.; BLACKSTONE SEATTLE, LLC; and DOES 1 through 20, inclusive, | |
| 14 | |
| 15 | (Submitted concurrently with Notice of Settlement; Stipulation and [Proposed] Order for Good Faith Settlement; and [Proposed] Stipulated Judgment) |
| 16 | |
| 17          Defendants. | |
| 18 | |
| 19  BOB YOUNG YOON, erroneously sued as Robert Young Yoon, as an individual and as a successor-in interest to Young Soon Yoon's estate, | |
| 20 | |
| 21          Counter-Claimant, | |
|     v. | |
| 22  HYUN JU SHIN, | |
| 23 | |
| 24          Counter-Defendant. | |

25        A signed version of the following stipulation was filed on August 28, 2019:

26

27

28
                    **STIPULATION AND [PROPOSED] ORDER
              RE: STAY OF ENTIRE CASE AGAINST REMAINING PARTIES**

**STIPULATION RE: STAY OF ENTIRE CASE AGAINST REMAINING PARTIES**

IT IS HEREBY STIPULATED by and between Plaintiff HYUN JU SHIN ("Plaintiff") and Defendants, BOB YOUNG YOON ("BOB"), Y&Y PROPERTY MANAGEMENT, INC. ("YY PROPERTY"), THE VICTUS GROUP, INC. ("VICTUS"), BLACKSTONE SEATTLE, LLC ("BLACKSTONE"), KYOUNG SUP YOON ("SUP") AND KYOUNG MEE YOON ("MEE") (collectively, "Defendants") (altogether, "Parties"), through their counsel of record, as follows:

1. Whereas the Parties have entered into a settlement agreement; and

2. Whereas Plaintiff HYUN JU SHIN and defendants BOB YOUNG YOON and Y&Y PROPERTY MANAGEMENT, INC. have agreed to enter into a Stipulated Judgment for a payment of $200,000.00 to Plaintiff by October 30, 2020.

3. The Parties stipulate to a stay of the entire case (Complaint and Amended Counter-Complaint) against the remaining defendants THE VICTUS GROUP, INC., BLACKSTONE SEATTLE, LLC, KYOUNG SUP YOON and KYOUNG MEE YOON and Counter-defendant HYUN JU SHIN until October 30, 2020.

4. This Stipulation may be presented with separate signature pages and by facsimile.

Dated: August 19, 2019      CHRISTINE PARK LAW FIRM, APC

By: _____
B. Christine Park, Esq.
Attorney for Defendants and Counter-Complainants Bob Young Yoon, YY Property Management, Inc., Kyoung Mee Yoon, Kyoung Sup Yoon, The Victus Group, Inc., and Blackstone Seattle, LLC

///

Dated: August __, 2019					GOLDBERG SEGALLA, LLP


							By: _____

							David Y. Choi, Esq.
							Attorney for Plaintiffs and Counter-Defendants Su Jung Shin and Hyun Ju Shin


After consideration, the Court will give effect to the above stipulation.


**ORDER**

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO THE SAME, the Court finds that the above-stated STIPULATION is sanctioned by the Court and shall be and now is the Order of the Court. Plaintiff's Complaint against Defendants KYOUNG MEE YOON, KYOUNG SUP YOON, THE VICTUS GROUP, INC. and BLACKSTONE SEATTLE, LLC, and the Counter-Complainant's First Amended Counter-Complaint against Counter-Defendant HYUN JU SHIN have been stayed until October 30, 2020. On or before October 31, 2020, the parties shall file either a status report or stipulation to lift the stay and dismiss this case.


IT IS SO ORDERED.

Dated:　September 10, 2019			_____
							SENIOR  DISTRICT  JUDGE